223 So.2d 868

**Irma Tuggle HALL, wife of/and Leonard P. Hall, Jr.**

v.

**SEARS, ROEBUCK & COMPANY, Inc.**
No. 49901.

June 27, 1969.

In re: Irma Tuggle Hall, wife of/and Leonard P. Hall, Jr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 221 So. 2d 642.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB, J., is of the opinion that a writ should be granted.

■

223 So.2d 868

**Frankie C. BOX and Rudy Mirandona, Jr.**

v.

**John DOE, Niagara Fire Insurance Company and the Vico Insurance Company.**

No. 49903.

June 27, 1969.

In re: Frankie C. Box applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 221 So.2d 666.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.